IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**KENNETH PENN,**

      **Plaintiff,**

v.	Civil No.  10-2095-CM

**BERLIN-WHEELER, INC.,**

      **Defendant.**

ORDER OF DISMISSAL WITH PREJUDICE

Upon stipulation of the parties (Doc. 7) and for good cause shown, it is hereby

**ORDERED** that the above-captioned case is dismissed with prejudice, each party to bear its own fees and costs.

**IT IS SO ORDERED** this 20th day of April, 2010 at Kansas City, Kansas.

      s/ Carlos Murguia
      **Carlos Murguia**
      **U.S. District Judge**